IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-01778-MSK-BNB

BRASS SMITH, LLC., a Colorado corporation,

        Plaintiff,

v.

LAWRENCE METAL PRODUCTS, INC., a New York corporation,

        Defendant.

## ORDER GRANTING JOINT MOTION TO WITHDRAW PLAINTIFF BRASS SMITH, LLC'S MOTION FOR TEMPORARY RESTRAINING ORDER

        THIS COURT having reviewed the Stipulation and Joint Motion to Withdraw Plaintiff Brass Smith, LLC's Motion for Temporary Restraining Order (Docket No. 16), hereby **GRANTS** said motion.

        DATED this 11th day of October, 2007.

        **BY THE COURT:**

*Marcia S. Krieger*
_____

        Marcia S. Krieger
        United States District Judge